**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **BROADWAY ELECTRIC SERV. CORP.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:08-CV-337** |
| | ) | **(Phillips/Guyton)** |
| **PARSONS CORP.,** | ) | |
| **Defendant.** | ) | |

## ADMINISTRATIVE CLOSING ORDER

The court has ordered that the parties in this case enter into mediation to facilitate a possible resolution. Accordingly, the court finds that this case should be **ADMINISTRATIVELY CLOSED** for statistical purposes. This does not represent a final adjudication but is an administrative convenience for the court. Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, the parties may initiate such in the same manner as if this order had not been entered.

**ENTER:**



s/ Thomas W. Phillips
United States District Judge